UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 5, 2024

Bonnie Hackler
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

**RE:** 23-7007, Ezell v. Hininger, et al
Dist/Ag docket: 6:19-CV-00302-JFH-JAR

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 14, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:  Alejandra J Brigida
     James Ricky Ezell III
     Darrell L. Moore


CMW/sls