UNITED STATES COURT OF APPEAL
FOR THE TENTH CIRCUIT

JAMES EZELL III
   Appellant

v.

DAMON HININGER
   Appelle

Case No. 23-7007
6:19-CV-00302-JFH-JAR

## Appellant's Motion For Extension of Time

Comes now James Ezell III (prose) pursuant to Fed. R of Civil Procedures 26(b)(1) requesting for extension of time as (No)(extension has been requested) in order for appellant to fully present all neccessary Facts. On March 21, 2023 an order was issue by this Honorable Court as it relates to (E.D. Okla.)# (6:19-CV-00302-JFH-JAR) followed by Order on April 10, 2023 lifting the abatement of proceeding setting the appellant deadline for May 22, 2023.

The appellant respectfully request Extension of Time from May. 22, 2023 for the following reasons:

1. Appellant case in Western District CIV-20-226-G is (partly) the foundation of the liberty interest that prisons actions interfere with and violated appellants constitutional protected rights

2. This Honorable Court has remanded above case back to the District Court in W.D. CIV-20-226

3. Appellant asserts that May 3, 2018 alleged date is in both W.D. CIV-20-226 and E.D. 6:19-CV-00302-JFH-JAR which the Oklahoma Department of Correction (Defendants) Crow, Knutson, Cincotta, Jason Bryant, Captain Hodgson, Austin Parks Walker and James Nall the actually disciplinary hearing officer that violated appellant (procedural due process) in CIV-20-226-G

Furthermore appellant requested Extension is in good faith and for good cause, and in no way meant to prolong or delay proceedings I believe 60 days extension is neccessary and respectfully requested as Defendant has not had a opportunity to Object a copy was provided to the Oklahoma Department of Correction attorney

Certificate of Mailing

I James Ezell declare pursuant to (all) Rules that a true and correct copy was provided by mail to Jessica A. Wilkes Counsel of (O.D.O.C)

(at) 313 N.E. 21st St
Okla City OK 73105

James Ezell
/s/ JEH
Lawton Correctional Facility
8607 SE Flower Mound Road
Lawton OK 73501

James Ezell III
L.C.F House 3 D-116
8607 SE Flower Mound Rd
Lawton, OK 73501-7700

LEGAL MAIL
MAY 02 2023

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.60
05/03/2023 ZIP 73501
043M31239467

OKLAHOMA CITY OK 730
3 MAY 2023 PM 5 L

Court Clerk
Byron White U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

SCANNED
US MAIL

LEGAL MAIL
MAY 02 2023