FILED  
United States Court of Appeals  
Tenth Circuit

May 8, 2023

Christopher M. Wolpert  
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

JAMES RICKY EZELL, III,

    Plaintiff - Appellant,

v.

DAMON HININGER, CEO of Core Civic, et al.,

    Defendants - Appellees.

No. 23-7007  
(D.C. No. 6:19-CV-00302-JFH-JAR)  
(E.D. Okla.)

_____

**ORDER**

_____

This matter is before the court on Appellant's motion for extension of time to file the opening brief in this appeal. The motion is granted in part. The opening brief shall be filed and served on or before June 21, 2023. No further extensions will be granted on the Clerk's authority.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk